# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

NOBLE SHAHEED ALLAH-EL,
    Plaintiff                                        Case No. 1:05mc014

vs

STATE OF OHIO, et al.,                    **ORDER OF TRANSFER**
    Defendants                              Black, M.J.

       Plaintiff, a Florida resident, brings this action alleging a violation of his constitutional right to due process under 42 U.S.C. § 1983 against the State of Ohio and the Ohio CSPC in Columbus, Ohio. Plaintiff has filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

       Local Rule 82.1 for the United States District Court for the Southern District of Ohio provides in pertinent part that civil suits properly venued within the Southern District shall be filed at the location of court embracing a county in which at least one defendant resides or, if no defendant is a resident of this district, where the claim arose. *See* S.D. Ohio Civ. R. 82.1(c), (e). Defendants are residents of Franklin County. Franklin County is located in the Eastern Division of this District. Accordingly, pursuant to S.D. Ohio Civ. R. 82.1, the Clerk of Courts is hereby **DIRECTED TO TRANSFER** this case to the Southern District of Ohio, Eastern Division, for ruling on plaintiff's *in forma pauperis* application and all further proceedings.

       **IT IS SO ORDERED**.


Date: 4/12/2005                                        s/Timothy S. Black
                                                           Timothy S. Black
                                                           United States Magistrate Judge