**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 1350 0000 5429 5649

Sent To: NOBLE SHAMEED ALLAH-EL
Street, Apt. No.; or PO Box No.: 640 S.W. 2ND AVE, STE 25
City, State, ZIP+4: MIAMI, FL 33130